IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Zannie J. Lotharp, | Case No. 4:23-cv-04769-RMG |
| Petitioner, | |
| v. | **ORDER AND OPINION** |
| Warden M. Joseph, | |
| Respondent. | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge, recommending that the Court deny and dismiss Petitioner's petition for habeas relief under 28 U.S.C. § 2241. (Dkt. No. 6). Petitioner did not object to the R&R. For the reasons set forth below, the Court adopts the R&R as the order of the Court and denies and dismisses Petitioner's petition for habeas relief without prejudice and without requiring Petitioner to file a return.

I. **Background**

Petitioner, who is an inmate in a federal prison in Bennettsville, South Carolina, requests habeas relief on the ground that he is a not a person within the meaning of the Fourteenth Amendment. (Dkt. No. 1-1 at 2). On October 19, 2023, the Magistrate Judge issued an R&R recommending that the Petition be dismissed without prejudice and without requiring the respondent to file a return. (Dkt. No. 6). Specifically, the Magistrate Judge found that "Petitioner's argument that he is not a person and has a right to a nationality is legally frivolous and fails to state a cognizable claim under § 2241." (*Id.* at 3). Petitioner did not object to the R&R. This matter is ripe for the Court's review.

II. **Legal Standard**

1

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made. Additionally, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where the Petitioner fails to file any specific objections, "a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation omitted). Because Petitioner did not file objections to the R&R, the Court reviews the R&R for clear error.

### III. Discussion

The Court finds that the Magistrate Judge ably addressed the issues and correctly concluded that Petitioner's petition should be dismissed without prejudice and without requiring the respondent to file a return. *See* (Dkt. No. 6 at 3) (noting that "Petitioner's assertions appear to be based, at least in part, on the redemptionist theory or the related sovereign citizen theory" and that "Petitioner's argument that he is not a person and has a right to a nationality is legally frivolous and fails to state a cognizable claim under § 2241.") (quotations and citations omitted).

### IV. Conclusion

For the reasons set forth above, the Court adopts the R&R as the Order of the Court and denies and dismisses Petitioner's petition for habeas relief without prejudice and without requiring Petitioner to file a return.

**AND IT IS SO ORDERED.**

s/ Richard M. Gergel

                                                Richard M. Gergel  
                                                United States District Judge

November 7, 2023  
Charleston, South Carolina